UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MOBOYA RANKINE,      )<br>                              )<br>         Petitioner,          )<br>                              )<br>     v.                       )<br>                              )<br>ALBERT GONZALES, et al.,      )<br>                              )<br>         Respondents.         )<br>_____) | 1:07-CV-00858 AWI SMS HC<br><br>ORDER GRANTING APPLICATION TO<br>PROCEED IN FORMA PAUPERIS<br>[Doc. #2]<br><br>ORDER DENYING MOTION TO APPOINT<br>COUNSEL<br>[Doc. #3] |

Petitioner is a detainee of the Bureau of Immigration and Customs Enforcement ("ICE") proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 15, 2007, Petitioner filed an application to proceed in forma pauperis. Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

Also on June 15, 2007, Petitioner filed a motion for the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does

not find that the interests of justice would be served by the appointment of counsel at the present time.  Accordingly, Petitioner's request for appointment of counsel is DENIED without prejudice.

IT IS SO ORDERED.

**Dated:   June 21, 2007**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE